IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MARY RILEY,<br>　　*Plaintiff*,<br><br>v.<br><br>TEXAS ROADHOUSE, INC., BUFFALO CONSTRUCTION, INC.,<br>　　*Defendants*. | CIVIL ACTION NO. 9:22-CV-00016<br>JUDGE MICHAEL TRUNCALE |

## ORDER DENYING PLAINTIFF'S UNOPPOSED MOTION TO REMAND AND DISMISSING THE CASE WITHOUT PREJUDICE

Before the Court is Plaintiff's Unopposed Motion to Remand. [Dkt. 14]. Plaintiff asks the Court to remand this case to Angelina County District Court, and Defendants are not opposed. *Id.* At the Rule 26(f) conference, counsel for Texas Roadhouse, Inc. "confirmed that a different Roadhouse entity formed in the State of Texas . . . is the proper Defendant in this matter." [Dkt. 14 at 1]. Plaintiff has amended her complaint to include this non-diverse defendant, Roadhouse Enterprises, Inc. [Dkt. 15 at 1]. Adding this Texas entity destroys diversity jurisdiction. *See* 28 U.S.C. § 1332(a). The Court would gladly grant this Motion; however, its hands are tied—this case was never filed in state court. Plaintiff filed in the Eastern District of Texas, Marshall Division, [Dkt. 1], and then transferred to the Lufkin Division. [Dkt. 11].

Therefore, this Court must instead DISMISS WITHOUT PREJUDICE and allow the Parties to refile in Angelina County, which is where they would like to litigate the balance of this case. The Case Management Conference on March 25, 2022 is CANCELLED, and any pending motions are DENIED AS MOOT. Attorneys' fees and costs of court will be taxed against the party incurring the same.

**SIGNED this 11th day of March, 2022.**

_____
Michael J. Truncale
United States District Judge